**IN THE UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

Anna Jones,

Plaintiff(s),

v.

Chicago Housing Authority,

Defendant(s).

Case No.  24-cv-9143
Judge Sara L. Ellis

**ORDER**

The Court recruits Laura Elizabeth Caplin, Fox Rothschild LLP, 321 North Clark St., 16th Floor, Chicago, Illinois 60654, (312) 276-1324, lcaplin@foxrothschild.com  to represent Plaintiff in accordance with counsel's trial bar obligations under N.D. Ill. Local Rules 83.11(h) and 83.37.   The Court encourages Ms. Caplin to visit the Pro Bono Resources for Trial Bar Attorneys now available on the Court's homepage for various resources related to pro bono representation. The Clerk shall send this Order to plaintiff, recruited counsel, the court's Systems Department, and the PACER Service Center at http://www.pacer.psc.uscourts.gov/register.html.

Date:  7/9/2025                                    /s/ Sara L. Ellis